# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2022

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 13101-13111)

| 1. Person Reporting (last name, first, middle initial)<br><br>KAGAN, ELENA | 2. Court or Organization<br><br>SUPREME COURT OF THE UNITED STATES | 3. Date of Report<br><br>05/10/2023 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>ASSOCIATE JUSTICE OF THE SUPREME COURT OF THE UNITED STATES | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☐   Amended Report | 6. Reporting Period<br><br>01/01/2022<br>**to**<br>12/31/2022 |
| 7. Chambers or Office Address<br><br>1 FIRST STREET NE<br>WASHINGTON, D.C. 20543 | | |

***IMPORTANT NOTES:** **The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.***

## I. POSITIONS. *(Reporting individual only; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 345 Trustees, Executors, Administrators, and Custodians; § 350 Power of Attorney; § 355 Outside Positions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 340 Agreements and Arrangements )*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **KAGAN, ELENA** | 05/10/2023 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 320 Income; § 360 Spouses and Dependent Children.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 330 Gifts and Reimbursements; § 360 Spouses and Dependent Children.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | TEMPLE EMANU-EL | SEPTEMBER 11-13, 2022 | NEW YORK, NY | SPEECH | TRANSPORTATION, HOTEL, MEALS |
| 2. | NORTHWESTERN LAW SCHOOL | SEPTEMBER 13-15, 2022 | CHICAGO, IL | SPEECH | TRANSPORTATION, HOTEL, MEALS |
| 3. | YALE LAW SCHOOL | SEPTEMBER 15-16, 2022 | NEW HAVEN, CT | SPEECH | TRANSPORTATION, HOTEL, MEALS |
| 4. | SALVE REGINA UNIVERSITY | SEPTEMBER 18-20, 2022 | NEWPORT, RI | SPEECH | TRANSPORTATION, HOTEL, MEALS |

| | | | | | |
|---|---|---|---|---|---|
| 5. | UNIVERSITY OF TORONTO | SEPTEMBER 22-24, 2022 | TORONTO, ONTARIO | SPEECH | TRANSPORTATION, HOTEL, MEALS |
| 6. | UNIVERSITY OF PENNSYLVANIA | OCTOBER 21-22, 2022 | PHILADELPHIA, PA | SPEECH | HOTEL, MEALS |

| Name of Person Reporting | Date of Report |
|---|---|
| **KAGAN, ELENA** | 05/10/2023 |

## V. GIFTS. *(Includes those to spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 330 Gifts and Reimbursements; § 360 Spouses and Dependent Children.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 335 Liabilities; § 360 Spouses and Dependent Children.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KAGAN, ELENA | 05/10/2023 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | |
|---|---|---|---|---|---|---|---|---|---|
| 1. JUSTICE FEDERAL CREDIT UNION CASH ACCOUNT | A | Interest | M | T | | | | | |
| 2. FRANKLIN TEMPLETON MUTUAL BEACON FUND | D | Dividend | M | T | | | | | |
| 3. VANGUARD TOTAL STOCK MKT INDEX ADM | D | Dividend | N | T | | | | | |
| 4. VANGUARD TOTAL INTL STOCK INDEX ADMIRAL | B | Dividend | L | T | | | | | |
| 5. UNIV. OF CHICAGO RET - TIAA TRADITIONAL GUARANTEED FIXED ANNUITY | C | Interest | L | T | | | | | |
| 6. UNIV. OF CHICAGO RET - CREF STOCK QCSTIX | | None | L | T | | | | | |
| 7. UNIV. OF CHICAGO RET - CREF CORE BOND QCBMIX | | None | K | T | | | | | |
| 8. UNIV. OF CHICAGO RET - TIAA - VANGUARD TOTAL BOND MKT FUND INST PLUS | A | Dividend | K | T | | | | | |
| 9. UNIV. OF CHICAGO RET - TIAA - VANGUARD INST INDEX FUND INST PLUS | C | Dividend | L | T | | | | | |
| 10. UNIV. OF CHICAGO RET - TIAA -VANGUARD INST TARGET RETIREMENT 2025 INST | A | Dividend | J | T | | | | | |
| 11. IRA #1 - FIDELITY MAGELLAN FUND | E | Dividend | N | T | | | | | |
| 12. IRA #1 - FIDELITY PURITAN FUND | E | Dividend | N | T | | | | | |
| 13. IRA #1 - FIDELITY INTERMED BOND FUND | B | Dividend | L | T | | | | | |
| 14. IRA #2 - VANGUARD TOTAL BOND MKT INDEX ADMIRAL SHS | A | Dividend | K | T | | | | | |
| 15. IRA #2 - VANGUARD FED MONEY MKT FUND | A | Dividend | J | T | | | | | |
| 16. IRA #2 - VANGUARD WELLESLEY INC FUND | D | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KAGAN, ELENA | 05/10/2023 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | |
|---|---|---|---|---|---|---|---|---|---|
| 17. IRA #2 - VANGUARD 500 INDEX FUND ADMIRAL SHS | B | Dividend | L | T | | | | | |
| 18. IRA #2 - VANGUARD INTL EXPLORER FUND | A | Dividend | K | T | | | | | |
| 19. BNY MELLON US MORTGAGE FUND INC - CLASS Z | A | Dividend | J | T | | | | | |
| 20. VANGUARD - GNMA FUND INVESTOR SHARES | A | Dividend | J | T | | | | | |
| 21. CHARLES SCHWAB MONEY MARKET FUND ACCOUNT | A | Dividend | J | T | | | | | |
| 22. SCHWAB S&P 500 INDEX FUND | D | Dividend | N | T | | | | | |
| 23. WASHINGTON, DC - RENTAL PROPERTY (ONE PARKING SPACE IN BUILDING) | C | Rent | K | W | | | | | |
| 24. CITIBANK CASH ACCOUNT | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII, LINE 7: NAME CHANGED FROM UNIV. OF CHICAGO RET - CREF BOND MARKET VIABILITY ANNUITY QCBMIX TO UNIV. OF CHICAGO RET - CREF CORE BOND QCBMIX ON APRIL 29, 2022.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 13141 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ELENA KAGAN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 13106)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite G-330
One Columbus Circle, N.E.
Washington, D.C. 20544